NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————————

**COSMO TECHNOLOGIES LIMITED, VALEANT PHARMACEUTICALS INTERNATIONAL, VALEANT PHARMACEUTICALS LUXEMBOURG S.A.R.L.,**
*Plaintiffs-Appellants*

**v.**

**ACTAVIS LABORATORIES FL, INC.,**
*Defendant-Appellee*

———————————————

2018-1335

———————————————

Appeal from the United States District Court for the District of Delaware in No. 1:15-cv-00164-LPS, Chief Judge Leonard P. Stark.

-------------------------------------------------

**COSMO TECHNOLOGIES LIMITED, VALEANT PHARMACEUTICALS INTERNATIONAL, VALEANT PHARMACEUTICALS LUXEMBOURG S.A.R.L.,**
*Plaintiffs -Appellants*

**v.**

**ALVOGEN PINE BROOK, LLC,**

*Defendant-Appellee*

_____

2018-1336

_____

Appeal from the United States District Court for the District of Delaware in No. 1:15-cv-00193-LPS, Chief Judge Leonard P. Stark.

_____

**JUDGMENT**

_____

STEPHEN BLAKE KINNAIRD, Paul Hastings LLP, Washington, DC, argued for all plaintiffs-appellants. Plaintiffs-appellants Valeant Pharmaceuticals International, Valeant Pharmaceuticals Luxembourg S.a.r.l. also represented by IGOR VICTOR TIMOFEYEV; MELANIE R. RUPERT, New York, NY.

GARY N. FRISCHLING, Irell & Manella LLP, Los Angeles, CA, for plaintiff-appellant Cosmo Technologies Limited. Also represented by YITE JOHN LU.

WILLIAM M. JAY, Goodwin Procter LLP, Washington, DC, argued for defendant-appellee Actavis Laboratories FL, Inc. Also represented by JOHN T. BENNETT, JOSHUA JAMES BONE, SAMUEL SHERRY, Boston, MA; ELIZABETH HOLLAND, NAOMI BIRBACH, New York, NY.

JASON MURATA, Axinn, Veltrop & Harkrider LLP, San Francisco, CA, argued for defendant-appellee Alvogen Pine Brook, LLC. Also represented by MATTHEW BECKER, Hartford, CT.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* REYNA and TARANTO, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

January 14, 2019
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court